IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00217-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CLAY TAYLOR STRICKLAND, ) | |
| ) | |
| Defendant. ) | |

On December 11, 2014, Lewis Wardlaw Lamar ("movant"), counsel for Clay Taylor Strickland ("defendant"), filed a motion for exemption from Local Criminal Rule 49.1(a) [D.E. 13]. Under this rule, attorneys are required to file all documents electronically using the court's case management and electronic filing system ("CM/ECF"). In support of his request, movant states that he plans to retire from the practice of law in 2015 and until such time, does not anticipate a significant practice before this court.

The docket reflects that John Walter Bryant also represents defendant in this action. Mr. Bryant is a registered CM/ECF filer.

For good cause shown and because defendant has access to the court's electronic docket through Mr. Bryant, movant's request for exemption from the court's electronic filing requirements is ALLOWED through July 31, 2015. The clerk will file movant's notice of appearance on the docket on the received date of November 26, 2014. The parties' pleadings and other documents and court-generated documents will be served upon defendant through Mr. Bryant by a system generated notice of electronic filing and in accordance with the Federal Rules of Civil, Criminal, or Appellate

Procedure.

SO ORDERED. This 19th day of December 2014.

*Julie A. Richards*
Julie A. Richards, Clerk of Court