
FILED IN OPEN COURT
ON 4/6/2015
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14CR00217-001D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT ORDER |
| | ) | |
| CLAY TAYLOR STRICKLAND, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America ("United States"), by and through the United States Attorney's Office for the Eastern District of North Carolina, and the Defendant, Clay Taylor Strickland, with the concurrence of the Defendant's Attorneys, Lewis W. Lamar and John Walter Bryant, have agreed to the following:

1. That the United States and Defendant, through counsel, entered into a Memorandum of Plea Agreement on November 10, 2014.

2. That the parties acknowledge and agree that restitution will be owed in this case in the approximate amount of $298,415.00. A special assessment will also be ordered.

3. The United States and the Defendant, through counsel, agree that the judgment entered at time of sentencing shall

state that the total amount of restitution ordered shall be due and payable immediately.

4. That the Defendant, through counsel, has agreed to pay, in full, all monies ordered by his criminal judgment within 14 days of sentencing. A certified check will be made payable to U. S. District Court and mailed to: U.S. District Court, P.O. Box 25670, Raleigh, NC 27611. In order to ensure that payments are credited properly, please include Court Number 5:14CR00217-001D on the check.

SO ORDERED, this \_\_6\_\_ day of ~~March~~ April, 2015.

_____
United States District Judge

CONSENTED TO:

_____
BANU RANGARAJAN
Assistant United States Attorney

_____
LEWIS W. LAMAR
Attorney for Defendant

_____
JOHN WALTER BRYANT
Attorney for Defendant

_____
CLAY TAYLOR STRICKLAND
Defendant