UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-00217-1D

UNITED STATES OF AMERICA          )
                                  )
            v.                    )          **ORDER**
                                  )
CLAY TAYLOR STRICKLAND            )
                                  )
_____ )

This matter is before the court on the Defendant's motion in the cause to delay the reporting of

Defendant Strickland to FCI Butner, which is presently scheduled for Noon Thursday, June 18,

2015. For good cause shown, the time for Mr. Strickland's reporting to FCI Butner is hereby

CONTINUED to 12:00 p.m., Monday, June 22, 2015.

This the 17ᵗʰ day of June, 2015.

James C. Dever, III
Chief U.S. District Court Judge